UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHENG SAETERN,

               Petitioner,

     v.

L. GARNICA,

               Respondent.

Case No.  2:25-cv-2572-JDP (P)

ORDER

Petitioner, a state prisoner, brings this action under section 2254.  ECF No. 1.  After review of the petition, I find that is deficient insofar as it does not identify, with sufficient particularity, the conviction that it is attacking or when that conviction was finalized.  I will dismiss the petition with leave to amend.  I will also grant petitioner's application to proceed in forma pauperis, ECF No. 5.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The petition is deficient because it omits certain crucial information, namely the year and court of conviction. The year is relevant because there is some question as to timeliness, insofar as the pleading asserts that petitioner has tried "for years" to find legal help in bringing this petition. ECF No. 1 at 4. From the pleading, it appears that petitioner's English is poor and that the drafting work has been done by another inmate. As such, it is with some reluctance that I direct him to file an amended petition, but, ultimately, I believe that having him submit a petition on the proper habeas form will assist the court, and any potential respondent, in addressing the claims raised.

I will dismiss the petition with leave to amend. If petitioner chooses to file an amended petition, he must do so on the form provided. The amended petition should be titled "First Amended Petition" and be submitted on the habeas form enclosed with this order.

Accordingly, it is ORDERED that:

1.   The petition, ECF No. 1, is DISMISSED with leave to amend.

2.   Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

3.    Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

4.   The Clerk of Court shall send petitioner a habeas petition form with this order. If he files an amended petition, he must use this form.

5.   Petitioner's application to proceed *in forma pauperis*, ECF No. 5, is GRANTED.

IT IS SO ORDERED.

Dated:     February 10, 2026                    _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

2