UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG SAETERN,<br>Petitioner,<br>v.<br>L. GARNICA,<br>Respondent. | Case No. 2:25-cv-2572-DC-JDP (P)<br><br>ORDER |

My findings and recommendations that this action be dismissed as untimely are pending. ECF No. 8. Petitioner has filed a motion seeking an extension of time to file his objections, ECF No. 9, and his objections, ECF No. 10. His extension will be granted and his objections deemed timely.

It is ORDERED that petitioner's motion for extension of time, ECF No. 9, is GRANTED and his objections, ECF No. 10, are deemed timely.

IT IS SO ORDERED.

Dated: July 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE